# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | 3:12-cv-00463-LRH-WGC |
| Plaintiff,                             ) | |
| vs.                                      ) | **ORDER** |
| $15,000.00 IN UNITED STATES  ) | |
| CURRENCY                             ) | |
| Defendant.                          ) | |
| THOMAS E. SLACK,                 ) | |
| Claimant.                           ) | |

Before the court is the Motion to Compel Responses to Interrogatories and for Production of Documents of Plaintiff United States of America (Doc. # 10) and Plaintiff's Notice of Failure to Respond to Motion to Compel Discovery Responses (Doc. # 13.)

Federal Rule of Civil Procedure 37(a) authorizes a party to seek an order compelling discovery when a party fails to answer an interrogatory submitted under Rule 33 or produce documents as requested under Rule 34. Federal Rule 37(a)(3)(B) and (iii)(iv). Based upon Plaintiff's motion (Doc. # 10) and Notice (Doc. # 13), it appears claimant has both failed to respond to Plaintiff's discovery and Plaintiff's motion with respect thereto.

/ / /

/ / /

/ / /

Local Rule 7-2(d) provides in pertinent part as follows:

> "* * * The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Therefore, good cause appearing, Plaintiff's motion to compel (Doc. # 10) is **GRANTED**.

Claimant is advised that in accordance with Fed. R. Civ. P. 37(b), if claimant fails to respond to Plaintiff's outstanding discovery by **April 30, 2013,** this court may enter a recommendation for sanctions against claimant under Fed. R. Civ. P. 37(b), including treating claimant's failure to respond as contempt of court and/or dismissing claimant's claim pending herein.

**IT IS SO ORDERED.**

Dated: April 15, 2013.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE