UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-cv-463-MMD-WGC |
| | ) | |
| v. | ) | JUDGMENT OF FORFEITURE |
| | ) | |
| $15,000.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

A verified Complaint for Forfeiture in Rem was filed on August 29, 2012. The Complaint alleges that the defendant U.S. Currency described in the caption, and all of such U.S. Currency, is property which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act (21 USC § 801, et seq.) or constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act and is, therefore, subject to forfeiture to the United States of America pursuant to 21 USC § 881(a)(6).

Process was fully issued in this action and returned according to law. Appropriate public notice of this forfeiture action and arrest was given to all persons and entities by publication of an appropriate notice via the official internet government forfeiture site, www.forfeiture.gov, compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

///

///

Statutory notice of this action compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, was given to known prospective claimants, including Thomas E. Slack.

A verified claim was filed on November 14, 2012, by Thomas E. Slack. An Answer to the complaint was filed on November 19, 2012, by Thomas E. Slack. By subsequent Order, Thomas Slack's verified claim and his answer to the complaint were stricken as a sanction for his failure to comply with Court-ordered discovery obligations.

Other than the claim and answer by Thomas E. Slack which were subsequently stricken, no claim, answer, or other responsive pleading has been filed on behalf of any person. The statutory time period for filing a claim to the defendant property has expired.

Now, therefore, good cause appearing, it is hereby ORDERED, ADJUDGED, AND DECREED that <u>Judgment</u> be and is entered against the defendant

$15,000.00 IN UNITED STATES CURRENCY

and against all persons and/or entities, including Thomas E. Slack, having any interest in such property and that the defendant property be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the defendant property shall exist in any other party. The defendant property shall be disposed of according to law.

Date: March 14, 2014

UNITED STATES DISTRICT JUDGE